# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/2024

**ALEX YADGAROV & ASSOCIATES, PC**
Attorney at law
One Cross Island Plaza, Suite 203
Rosedale, New York 11422
Tel. (718) 276-2800          Fax (718) 276-3223

January 5, 2023

**VIA ECF**
The Honorable Barbara Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*Re: Raylando Newby, et al. v. United States of America, No. 23 Civ. 4780 (BCM)*

Dear Judge Moses:

This Office represents Plaintiff, Raylando Newby, in the above-referenced matter.

The Court scheduled the initial conference for January 11, 2024 at 11:00am. However, due to a scheduling conflict, I am requesting, with the approval of all parties, that the conference be held after 3:00pm. In the alternative, all parties are available on January 25, 2024. No previous request for an adjournment has been submitted.

Dated: Rosedale, NY
January 5, 2023

Respectfully Yours, etc.
**ALEX YADGAROV& ASSOCIATES, P.C.**

BY: _____
**ROBERT P. MACCHIA, ESQ.**
Attorney for Plaintiff
**Raylando Newby**
One Cross Island Plaza, Suite 203
Rosedale, NY 11422
(718) 276-2800
Our File No.: 231-22-021

---

Application GRANTED. The initial conference previously scheduled on January 11, 2024, at 11:00 a.m. is hereby ADJOURNED to **January 11, 2024, at 4:00 p.m.** SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
January 5, 2024