**ALEX YADGAROV & ASSOCIATES, PC**
Attorney at Law
One Cross Island Plaza, Suite 203
Rosedale, New York 11422
Tel. (718) 276-2800      Fax (718) 276-322

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/7/2024
```

**MEMO ENDORSED**

March 6, 2024

**VIA Electronic Filing**
The Honorable Barbara Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Newby, et al. v. United States of America
Case: 23 Civ. 4780 (BCM)

Dear Honorable Judge:

This Office represents Plaintiff, Raylando Newby, in the above-referenced matter.

The Court scheduled an In-Person conference for April 17, 2024. However, due to a scheduling conflict, I am requesting, that the conference be held on any of the following dates that the Court deems best: April 19, April 29, April 30, May 3, May 6, May 7, or May 8. I have the consent of all parties. One previous request for an adjournment was requested and granted on January 5, 2024. We thank the Court for all its assistance.

Dated: Rosedale, NY
March 6, 2024

Respectfully Yours, etc.
ALEX YADGAROV & ASSOCIATES, P.C.

BY: _____
ROBERT P. MACCHIA, ESQ.
Attorney for Plaintiff
One Cross Island Plaza, Suite 203
Rosedale, NY 11422
(718) 276-2800
Our File No.: 231-22-021

Application GRANTED. The conference previously scheduled for April 17, 2024, is hereby ADJOURNED to **April 19, 2024**, at 11:00 a.m. The parties shall file their joint status letter (*see* Dkt. 37 ¶ 7) no later than **April 12, 2024**. SO ORDERED.

_____
**Barbara Moses**
**United States Magistrate Judge**
**March 7, 2024**