```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYLANDO D. NEWBY,<br><br>          Plaintiff,<br><br>   -against-<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | 23-CV-4780 (BCM) |
| SIDEKE FOGO,<br><br>          Plaintiff,<br><br>   -against-<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | ORDER |

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will conduct a status conference on **June 25, 2024 at 11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. One week prior to that date, on **June 18, 2024**, the parties shall submit a joint status letter outlining the progress of discovery to date and any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
       April 19, 2024

                                      **SO ORDERED**.

                                      _____
                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**