```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYLANDO D. NEWBY,<br><br>          Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | 23-CV-4780 (BCM)<br><br><br>ORDER |
| SIDEKE FOGO,<br><br>          Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | |

**BARBARA MOSES, United States Magistrate Judge.**

      As discussed on the record during today's status conference, any party wishing to move for summary judgment must file a pre-motion letter no later than **September 30, 2024**, which is also the date by which all discovery must be completed. Responsive letters, if any, must be filed no later than **October 7, 2024**.

Dated: New York, New York
       June 25, 2024

                                      **SO ORDERED**.

                                      _____
                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**